# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROYCE BROWN

NO. 2025 KW 0238

**JUNE 16, 2025**

---

In Re:    Royce Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-03198.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** There is no indication from the writ application that relator directed his request for public records to the District Attorney's Office and that request was subsequently denied. See La. R.S. 44:35(A).

**PMc**
**TPS**

**Greene, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT